IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 16-cv-01423-CMA-GPG

RYAN PHILLIP BOST,

    Plaintiff,

v.

MESA COUNTY,

    Defendant.

---

**ORDER AFFIRMING AND ADOPTING THE JULY 31, 2018, RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the July 31, 2018, *sua sponte* Recommendation by United States Magistrate Judge Gordon P. Gallagher that this matter be dismissed pursuant to Federal Rule of Civil Procedure 25(a)(1). (Doc. # 109.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 109 at 2–3.) Despite this advisement, no party filed objections to Magistrate Judge Gallagher's Recommendation. "In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended

to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.")).

The Court has reviewed the docket and the Recommendation, in addition to relevant legal authority. It is satisfied that that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a).

Accordingly, the Court ORDERS as follows:

1. The Report and Recommendation of United States Magistrate Judge Gallagher (Doc. # 109) is AFFIRMED and ADOPTED;
2. This matter is DISMISSED pursuant to Rule 25(a)(1);
3. Defendant Mesa County's Motion for Dismiss (Doc. # 88) is DENIED AS MOOT.

DATED: August 20, 2018

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge